[No. 11760-2-I.  Division One.  January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD LEITH CHRISTEAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03468-0, Horton Smith, J., entered May 19, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Callow, J.

[No. 11922-2-I.  Division One.  January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVILLE M. FOLLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00607-2, Dennis J. Britt, J., entered May 25, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 12249-5-I.  Division One.  January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RUFUS LEE TAPLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01120-3, Frank L. Sullivan, J., entered September 16, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J. Now published at 36 Wn. App. 664.